FILED
CLERK, U.S. DISTRICT COURT
MAR 19 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER MJ 24-01565 |
|---|---|
| PLAINTIFF(S) | 18-CR-103-1-TSC |
| v. | |
| Gina Rita Russell | DECLARATION RE OUT-OF-DISTRICT WARRANT |
| DEFENDANT(S). | |

The above-named defendant was charged by: United States District Court
in the _____ District of Columbia on March 18, 2024
at ____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about February 28, 2024
in violation of Title 18 U.S.C., Section(s) 3148
to wit: Russell violated the terms of her pretrial release

A warrant for defendant's arrest was issued by: U.S. District Judge Tanya S. Chuktan

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    3/19/2024
                  Date

*(signature)*
Signature of Agent

Richard Higgins
Print Name of Agent

FBI
Agency

Special Agent
Title