FILED

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

2024 MAR 19 AM 10: 50

for the

District of Columbia

CLERK U.S. DISTRICT
CENTRAL DIST. OF CAL.
LOS ANGELES

BY: _____

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   18-CR-103-1-TSC |
| | ) | |
| Gina Rita Russell | ) | |
| | ) | **2:24-mj-01565-DUTY** |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Gina Rita Russell                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☑ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Violation of Pretrial Release Conditions

Date:   3/18/2024

_____
*Issuing officer's signature*

City and state:     Washington, D.C.

Tanya S. Chutkan, U.S. District Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                              _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |